IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAVID CALLAHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-03-551-F |
| | ) | |
| DAYTON POPPELL, Warden, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**
**ON REQUESTS FOR A DEFAULT JUDGMENT**

Mr. Callahan seeks a default judgment against all but the three newly named defendants and a hearing on the financial damages. Docs. 149-52. As discussed in a contemporaneous order, the Defendants are not late in responding to the second amended complaint. Order at pp. 3-4 (Mar. 23, 2005). As a result, the Court should deny the Plaintiff's requests for entry of a default judgment.

Mr. Callahan has the right to object to this report and recommendation. *See* 28 U.S.C. § 636(b)(1) (2000); W.D. Okla. LCvR 72.1. Any such objection must be filed with the Court Clerk for the United States District Court. *See Haney v. Addison*, 175 F.3d 1217, 1219-20 (10th Cir. 1999). The deadline for objections is April 12, 2005. *See* W.D. Okla. LCvR 72.1(a). The failure to timely object to this report and recommendation would waive one's right to appellate review of the suggested rulings. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This report and recommendation does not terminate the referral.

Entered this 23rd day of March, 2005.

_____
Robert E. Bacharach
United States Magistrate Judge